UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN P. DAVIS JR. | CIVIL ACTION NO.08-1638 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MEAGHER OIL AND GAS PROPERTIES, INC. | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before this Court is Plaintiff's Notice of Appeal [Record Document 70] pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 74.1 from Magistrate Judge Hornsby's order [Record Document 68] wherein he denied Plaintiff's motion for an extension of time to submit rebuttal expert disclosures and reports.

The decision by a magistrate judge as to discovery issues is a non-dispositive matter. This action is not listed in 28 U.S.C. § 636(b)(1)(A) as one of the dispositive motions (often referred to as the "excepted motions") that a magistrate judge may not conclusively decide. Thus, Magistrate Judge Hornsby's order is not a recommendation to the district court; rather, it is an order from the magistrate judge on a non-dispositive matter which must be affirmed by the district court unless it is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); see also, Castillo v. Frank, 70 F.3d 382, 385 (5th Cir. 1995); Perales v. Casillas, 950 F.2d 1066, 1070 (5th Cir.1992).

After reviewing the entire record, the Court finds that the Magistrate Judge's decision was neither clearly erroneous nor contrary to law. From the outset of this lawsuit, Plaintiff has claimed his signature upon the lease documents was forged. As Magistrate Judge Hornsby recognized, it should come as no surprise to anyone that Defendant would

obtain an expert report regarding the validity of Plaintiff's signature. Plaintiff let the expert deadline pass without producing any expert reports, and has failed to show good cause for extending the deadline and, once again, upsetting the scheduling order.

Accordingly,

**IT IS ORDERED** that plaintiff's appeal [Record Document 70] be and is hereby **DENIED.**

**IT IS FURTHER ORDERED** that Magistrate Judge Hornsby's order of December 14, 2009 [Record Document 68] be and is hereby **AFFIRMED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this 17th day of December, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE